**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON LOPEZ, individually;<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:25-cv-01764-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, AARON LOPEZ, by and thorough his attorneys of record, PAUL POWELL, ESQ., and TRAYSEN N. TURNER, ESQ., of THE POWELL LAW FIRM; and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff AARON LOPEZ's Complaint, as

///
///
///
///
///

-1-

well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 15 day of December, 2025.    DATED this 11th day of December, 2025.

**LINCOLN, GUSTAFSON & CERCOS**    **THE POWELL LAW FIRM**

/s/                                                   /s/

**LOREN S. YOUNG, ESQ.**            **PAUL POWELL, ESQ.**
Nevada Bar No. 7567                       Nevada Bar No. 7488
**JULIE A. WHITE, ESQ.**              **JONATHAN POWELL, ESQ.**
Nevada Bar No. 8725                       Nevada Bar No. 9153
7670 W Lake Mead Blvd, Suite 200    8918 Spanish Ridge Ave, Suite 100
Las Vegas, Nevada 89128              Las Vegas, Nevada 89148
Attorneys for Defendant,                  Attorneys for Plaintiff,
TARGET CORPORATION                 AARON LOPEZ

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 15, 2025